IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

THE CLOROX PRODUCTS
MANUFACTURING COMPANY
and THE CLOROX SALES COMPANY

Plaintiffs,

v.

BOB'S TRANSPORT AND STORAGE
CO., INC.,

Defendant.

CASE NO: CCB-00-3142

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Clorox Products Manufacturing Company and The Clorox Sales Company, by their undersigned counsel, and Defendant Bob's Transport and Storage Co., Inc. ("Bob's"), by its undersigned counsel, hereby stipulate and agree that this case, and all claims asserted herein, shall be dismissed with prejudice, with each party to bear its own costs, expenses, court costs, and attorneys' fees.

_____
Claudia Callaway
Federal Bar No. 13492
Paul, Hastings, Janofsky & Walker, LLP
Tenth Floor
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 508-9565

Counsel for Clorox Products
Manufacturing Company and The
Clorox Sales Company

_____
Paul D. Barker, Jr.
Federal Bar No. 08727
Venable, Baetjer and Howard, LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400

Counsel for Bob's Transport and
Storage Co., Inc.

BA2DOCS1/151152